No. D–892.  IN RE DISBARMENT OF SHORTER.  It is ordered that John A. Shorter, Jr., of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, return-

able within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.